UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**SENATOR AMANDA F. CHASE**

Plaintiff

vs                                                                            Case No: _____

**SENATE OF VIRGINIA** by and through

The Hon. Justin Fairfax, Lt. Gov of Virginia

and President of the Senate of Virginia


-and-


**The Hon. SUSAN CLARKE SCHAAR**

Principal Contact of the Virginia Senate and

Clerk of the Senate

DEFENDANTS

**MOTION FOR TEMPORARY INJUNCTION**

COMES NOW, the Plaintiff and moves this Court for entry of a temporary injunction as requested in the Complaint. Pursuant to FRCP 57, Plaintiff requests a speedy hearing related to this request.

                                                    Respectfully Submitted,

                                                    Amanda F. Chase

                                                    By: __/s/_____
                                                           Counsel

Timothy Anderson
Anderson & Associates PC
2492 North Landing Rd 104
Virginia Beach VA 23456
757-301-3636 Tel
VSB 43803
timanderson@virginialawoffice.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was emailed and mailed to:

The Honorable Justin Fairfax, Lt. Gov of Virginia: ltgov@ltgov.virginia.gov
And via Us Mail First Class to: 102 Governor Street, Richmond, VA 23219

The Honorable Susan Clarke Shaar: sschaar@senate.virginia.gov
And via US Mail First Class to: 1000 Bank Street, Richmond Virginia

This 1st day of February 2021.

_____/s/ _____
Timothy Anderson