```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                   Richmond Division
```

SENATOR AMANDA F. CHASE,

    Plaintiff,

v.

                              Civil Action No. 3:21-cv-54

SENATE OF VIRGINIA, et al.,

    Defendants.

**ORDER**

For the reasons set forth on the record during the conference calls on February 2, 2021, and by agreement of the parties, it is hereby ORDERED that:

(1) By February 3, 2021, Plaintiff will file a memorandum of law in support of the MOTION FOR TEMPORARY INJUNCTION (ECF No. 3); and

(2) Until further order of the Court, Defendants need not file a response to Plaintiff's MOTION FOR TEMPORARY INJUNCTION (ECF No. 3); and

(3) By February 15, 2021, Defendants will file their Answers and their Motion to Dismiss challenging subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1); and

(4) By February 19, 2021, Plaintiff will file a response brief to Defendants' motion under Rule 12(b)(1); and

(5) By February 25, 2021, Defendants will file a reply brief to the Rule 12(b)(1) motion; and

(6) Oral argument on the Defendants' Rule 12(b)(1) motion, if required, will be held at 10:00 AM on March 19, 2021.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 3, 2021

(5) By February 25, 2021, Defendants will file a reply brief to the Rule 12(b)(1) motion; and

(6) Oral argument on the Defendants' Rule 12(b)(1) motion, if required, will be held at 10:00 AM on March 19, 2021.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 3, 2021