IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| SENATOR AMANDA F. CHASE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-cv-00054 |
| | ) | |
| SENATE OF VIRGINIA by and through The Honorable Justin Fairfax, Lt. Gov. of Virginia and President of the Senate of Virginia | ) ) ) ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| The Honorable SUSAN CLARKE SCHAAR, Principal Contact of the Virginia Senate and Clerk of the Senate | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take notice that I, Jacqueline Cook Hedblom, am entering my appearance in this action as counsel for Defendants the Senate of Virginia and Susan Clarke Schaar, Clerk of the Senate. Kindly note the same on the docket.

Respectfully submitted,

      /s/
Jacqueline C. Hedblom (VSB No. 68234)
Assistant Attorney General
Civil Trial Unit Manager
Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
Telephone: 804-786-9532
Facsimile: 804-371-2087
Email: jhedblom@oag.state.va.us
*Counsel for the Defendants*

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of February, 2021, the foregoing Notice of Appearance was filed electronically with the clerk of court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                          /s/
Jacqueline C. Hedblom (VSB No. 68234)
Assistant Attorney General
Civil Trial Unit Manager
Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
Telephone: 804-786-9532
Facsimile: 804-371-2087
Email: jhedblom@oag.state.va.us
*Counsel for the Defendants*